# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0821. MAC HOLDINGS OF FULTON COUNTY, LLC et al. v. E320, LLC.

In this action to quiet title, MAC Holdings of Fulton County, LLC and other respondents seek to appeal from the trial court's May 31, 2018 final order and decree vesting title to certain real property to E320, LLC. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). The respondents' notice of appeal filed on July 3, 2018, was untimely filed 33 days after entry of the order sought to be appealed. Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.[1]

---

[1] We note that if, as the respondents suggest, they did not receive timely notice of the trial court's order, the remedy is to petition the trial court to vacate and re-enter the order. See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684, n.3 (777 SE2d 475) (2015). Further, we observe that the entry of the June 7, 2018 consent order did not extend the time for filing the notice of appeal. That order, which purportedly dismissed Wells Fargo as Trustee from the matter, was redundant of the May 31, 2018 final order adopting the special master's report, which dismissed Wells Fargo from the matter. The time for filing a notice of appeal began running upon the entry of the May 31, 2018 final order. See OCGA § 5-6-34 (a) (1).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__02/14/2020_____*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*